IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CURTIS JACKSON<br><br>　　　　　　Plaintiff<br><br>　　VS.<br><br>HAROLD CARLISLE, *et al.,*<br><br>　　　　　　Defendants | **NO. 5:09-CV-274 (HL)**<br><br>**PROCEEDINGS UNDER 42 U.S.C. § 1983**<br>**BEFORE THE U.S. MAGISTRATE JUDGE** |

## ORDER

　　　　Before the court are plaintiff Curtis Jackson's motions seeking a stay of the proceedings and an extension of time in which to comply with an ORDER TO RECAST (TAB #6).  Tab #7.  On August 11, 2009, plaintiff Jackson filed a one-hundred-twenty-four (124) page *pro se* civil rights complaint under 42 U.S.C. § 1983.  Tab #1.  On October 26, 2009, the undersigned issued an order directing the plaintiff to recast his complaint using a 42 U.S.C. § 1983 complaint form using guidelines also set forth in the order.  Tab #6.  Plaintiff was expressly informed therein that if he failed to comply with the Court's directives by November 25, 2009, his case would be dismissed.  In response, plaintiff Jackson filed the instant motion seeking an indefinite stay of the proceedings and an unspecified extension of time to prepare and file a recast complaint.  The plaintiff's requests are impractical and unreasonable.

　　　　Accordingly, and in an effort to give the plaintiff one additional opportunity to pursue his action, the plaintiff shall have until **December 7, 2009** to file a recast complaint in accordance with the guidelines set out in the ORDER TO RECAST.  If plaintiff Jackson fails to timely comply with this order, the court will assume that plaintiff Jackson has elected not to pursue his allegations further and shall dismiss this case.

　　　　The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the LAST ADDRESS provided by him.

　　　　SO ORDERED, this 17th day of NOVEMBER, 2009.



　　　　　　　　　　　　　　　　　　　　　　s/ *Claude W. Hicks, Jr.*
　　　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE