# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| CURTIS JACKSON, | : | |
| Plaintiff, | : | |
| | : | NO. 5:09-CV-274 (MTT) |
| VS. | : | |
| BRAD CHRISTENSEN, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |

## ORDER

Before the Court is a Motion to Stay filed by Defendant D. Z. Patterson. Doc. 54. Therein, this Defendant asks that discovery be stayed pending resolution of his contemporaneously filed Motion for Summary Judgment (Doc. 55). After careful consideration, the request is **DENIED**. If, following resolution of his Motion for Summary Judgment, Defendant Patterson can demonstrate a need for additional discovery, he may seek leave to conduct such discovery at that time.

**SO ORDERED**, this 4th day of February, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge