IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CURTIS JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-274(MTT) |
| BRAD CHRISTENSEN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation (Doc. 53) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge recommends dismissing Defendants Eddie Buice, Esco or Esco Wrecker Service, Traveler's Insurance Company, Monroe County Board of Commissioners, Captain Pete Jones of "Road Patrol Monroe County Sheriff," and Captain Keith Corley of "Dispatch Unit Monroe County Sheriff" from this action because the Plaintiff has failed to state a valid claim against any of these Defendants. The Plaintiff filed an Objection (Doc. 63) to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Defendants Eddie Buice, Esco or Esco Wrecker Service,

Traveler's Insurance Company, Monroe County Board of Commissioners, Captain Pete Jones of "Road Patrol Monroe County Sheriff," and Captain Keith Corley of "Dispatch Unit Monroe County Sheriff," are **DISMISSED** from this action.

**SO ORDERED,** this 11th day of March, 2011.

                                          <u>S/ Marc T. Treadwell</u>
                                          MARC T. TREADWELL, JUDGE
                                          UNITED STATES DISTRICT COURT