IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CURTIS JACKSON, Plaintiff, v. BRAD CHRISTENSEN, *et al.*, Defendants. | )))))))))))) CIVIL ACTION NO. 5:09-CV-274(MTT) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 94). The Magistrate Judge recommends granting the Defendants' Motions for Summary Judgment (Docs. 41 and 55) and denying the Plaintiff's Motion for Summary Judgment (Doc. 72). The Court granted the Plaintiff an extension of time in which to file an objection to the Magistrate Judge's Recommendation on three separate occasions, yet the Plaintiff has not filed an objection. Having considered the Recommendation, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Defendants' Motions for Summary Judgment are **granted** and the Plaintiff's Motion for Summary Judgment is **denied**.

**SO ORDERED,** this 28th day of December, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT